IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE NATHAN TAYLOR,<br><br>        Plaintiff,<br><br>  vs.<br><br>E. ALLISON,<br><br>        Defendant. | 1:07-CV-00434-OWW-WMW-P<br><br>ORDER TO SUBMIT NEW CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of his prison trust account statement. However, the copy of plaintiff's prison trust account statement did not include the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). The time period of the statement was "Sep 01, 2007 thru Mar 13, 2007," which is an invalid time period. Therefore, the court will provide plaintiff with the opportunity to submit a new certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $350.00 filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account

1

1  statement for the six month period immediately preceding the filing of the complaint, or in the
2  alternative, pay the $350.00 filing fee for this action. Plaintiff's failure to comply with this order will
3  result in a recommendation that this action be dismissed.
4  IT IS SO ORDERED.
5  **Dated:   April 24, 2007**             /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE