IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE NATHAN TAYLOR,

        Plaintiff,        1: 07 CV 0434 OWW WMW PC

   vs.                           ORDER

E. ALLISON,

        Defendant.

      On June 20, 2008, an order was entered, finding the complaint stated a claim against Defendant Allison on his retaliation claim. The order noted that Plaintiff failed to state a claim against Defendant Allison on his equal protection claim. Plaintiff was advised that if he failed to file an amended complaint, this action would proceed on Plaintiff's retaliation claim. T

      The thirty day period in which to file an amended complaint passed, and on August 5, 2008, a recommendation of dismissal was entered, recommending dismissal of Plaintiff's equal protection claim. On the same date, an order was entered, directing Plaintiff to complete and submit to the court a form for service of process upon Defendant Allison. Plaintiff also file a first amended complaint, on which this action now proceeds.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The August 5, 2008, findings and recommendations are vacated.

     2.  The August 5, 2008, order directing Plaintiff to complete the USM 285 form is vacated.

     3.  This action proceeds on the August 5, 2008, first amended complaint.

IT IS SO ORDERED.

**Dated:   September 3, 2008**　　　　　　　　　　／s／  **William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE